UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MARGARET CHAMPION,<br><br>Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>Defendant. | CASE NO.: 1:24-cv-628-GSA<br><br>**ORDER EXTENDING BRIEFING DEADLINES** |

Pursuant to the parties' stipulation, IT IS ORDERED that Defendant shall have an extension, up to and including October 21, 2024, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   **September 19, 2024**              **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE